August 12, 2016

**BY ECF**

**Honorable Alvin K. Hellerstein, U.S.D.J.**
**United States District Court for the Southern District of New York**
**500 Pearl Street, Courtroom 14D, Room 1050**
**New York, NY 10007**

Re:   *Zuma Press, Inc.  v. Getty Images (US), Inc.*
      *Docket No. 1:16-cv-06110-AKH*

Dear Judge Hellerstein,

Pursuant to this Court's Individual Rules of Practice, the parties in the above-referenced action jointly request an extension for the Defendant to either file an Answer or otherwise respond to the Plaintiff's Complaint.  We respectfully ask that the Defendant's deadline to submit a responsive pleading be extended to September 22, 2016.

The original deadline is August 24, 2016.   This is the first request for an extension in this case.  There have been no other deadlines set in this case.  The Plaintiff consents to the extension.

The Court's consideration and accommodation is much appreciated.

                                                      Respectfully Submitted,

                                                      /s/ Richard P. Liebowitz
                                                    Richard P. Liebowitz
                                                    Liebowitz Law Firm PLLC
                                                    11 Sunrise Plaza, Suite 301
                                                    Valley Stream, NY 11580
                                                    (516) 233- 1660

                                                    *Attorneys for Zuma Press, Inc.*