October 19, 2016

**BY ECF**

Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re:   *Zuma Press, Inc. v. Getty Images (US), Inc.*
      *Docket No. 1:16-cv-06110-AKH*

Dear Judge Hellerstein,

We are counsel for Plaintiff Zuma Press, Inc. ("Zuma") in the above-referenced action.

Pursuant to this Court's Individual Rules of Practice, the parties hereby stipulate and jointly request an extension of time for Zuma to file an amended complaint in lieu of opposing the motion to dismiss filed by Defendant Getty Images (US), Inc. ("Getty Images") on October 13 (Dkts. 15 & 16). The current deadline to file an amended complaint as a matter of right is November 3, 2016; the parties respectfully request that this date be extended to December 2, 2016. This is Zuma's first request for an extension.

In addition, should the Court grant the above-requested extension, the parties stipulate and jointly request that Defendant Getty Images (US), Inc. ("Getty Images") shall have until January 16, 2017 to answer or otherwise respond to the amended complaint. If Getty moves to dismiss, Zuma's opposition shall be due by February 20, 2016, and Getty's Images' reply shall be due by March 9, 2016.

Finally, the parties request that the case management conference scheduled for this Friday, October 21 2016 at 10 a.m., be adjourned.

We thank the Court for its attention to this request.

Respectfully Submitted,

/s/ Richard P. Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(516) 233-1660

*Attorneys for Zuma Press, Inc.*

---

Handwritten annotations:

1. Def'd's motion to dismiss is denied as moot. (Dismissed ECF #15)
2. Pl. to file am. complaint by 12/2/16.
3. Opp'n papers by 2/20/17
4. Reply papers by 3/9/17
5. Oct. 21, 2016 conf. adjourned to date set by separate order.

10-20-16
/s/ [signature]