# EXHIBIT Q



gettyimages.com

gettyimages    Creative   Editorial   Video   Music

</> Embed    ↑ Share    ↓ Comp    [+] Add to Board

### David Beckham Visits school in Athens

Credit: Les Walker / Contributor
Editorial #: 527724038
Collection: Corbis News

May 18, 2012 - Athens, Greece - British soccer star DAVID BECKHAM and London Olympic chairman SEBASTIAN COE sit with students at the Athens Univercity Experimental primary school one day after the handover ceremony of the Olympic Flame. (Credit Image: �� Aristidis Vafeiadakis/ZUMAPRESS.com) (Photo by Les Walker/Corbis via Getty Images)

License info +
Details +
Keywords −

2012 Summer Olympics - London, Athens - Greece, Ceremony, Chairperson, David Beckham, Day, Elementary School, Greece, Horizontal, Human Interest, International Team Soccer, London - England, Olympic Team, Olympic Torch, Photography, Sebastian Coe, Sitting, Soccer,

**Purchase a license**

Standard    Calculate price

❓ What are Standard Editorial Rights?

S    M    **L**

4,368 x 2,909 px | 14.56 x 9.70 in | 300 dpi

$ 575.00 USD
Or just $ 475.00 with an UltraPack. **Save Now**

**ADD TO CART**

Search Results



