UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

ZUMA PRESS, INC., et al.,

                Plaintiffs,

   -against-

GETTY IMAGES (US), INC.,

                Defendant.

-------------------------------------------------------------

**ORDER DENYING MOTION TO INTERVENE**

16 Civ. 6110 (AKH)

17 Civ. 5832 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Proposed Intervenor John Pyle moves to intervene in this action pursuant to F.R.C.P. 24(a) and (b). Pyle argues that Plaintiff-Zuma is not the exclusive licensee of Pyle's images, and that Zuma, therefore, cannot adequately represent him in its action.

    Pyle's argument is self-defeating, and is denied. To the extent that Zuma does not represent Pyle (as Pyle argues), Zuma's action will not, and cannot, prejudice Pyle's interests. Under F.R.C.P. 24(a), an intervention as of right will be granted where "the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest." Here, Pyle suffers from no such impediment, as he remains free to pursue, without prejudice from Zuma's proceedings, an independent infringement action against Defendant.

    The Clerk shall terminate Motion to Intervene (17-Civ-5832, Dkt. No. 12). Per the Court's previous order consolidating cases, parties shall file future filings under the lead case number (16-Civ-6110) only.

    SO ORDERED.

Dated:    Nov. 15, 2017
            New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge