UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMA PRESS, INC., ACTION SPORTS PHOTOGRAPHY, INC., TIYU (BEIJING) CULTURE MEDIA CO. LITD., MANNY FLORES, ANDREW DIEB, CHRISTOPHER SZAGOLA, LOUIS LOPEZ, CHARLES BAUS, DUNCAN WILLIAMS, ROBERT BACKMAN, JOHN MIDDLEBROOK, and ANTHONY BARHAM,

    Plaintiffs,

v.

GETTY IMAGES (US), INC.

    Defendant.

Case No.: 1:16-cv-06110 (AKH)

**NOTICE OF DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**



**PLEASE TAKE NOTICE** that pursuant to Section 4.B.1 of the Court's Individual Rules, and upon the accompanying Memorandum and the Declaraton of Benjamin E. Marks, both dated February 20, 2018, Defendant Getty Images (US), Inc. ("Getty Images") will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date as the Court may set, for an Order permitting Getty Images to file under seal an unredacted copy of Exhibit Q to the Declaration of Jonathan Bloom, dated February 20, 2018, on the ground that it contains non-public competitively sensitive information.

*[Handwritten annotation:]* Motion Denied. Defendant has not shown which terms are commercially sensitive, and why they are so, to overcome the presumption of public access to judicial documents. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006).

4-11-18

*[Signature]*

Dated: New York, New York  
       February 20, 2018

Respectfully submitted,

By:   /s/ Benjamin E. Marks  
     Benjamin E. Marks  
     Jonathan Bloom

WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Tel: (212) 310-8000  
Fax: (212) 310-8007

*Attorneys for Defendant Getty Images (US), Inc.*