# EXHIBIT E

**In The Matter Of:**

*Zuma Press, Inc., et al. v.*
*Getty Images (US), Inc.*

---

*LESLIE ALLEN WALKER*
*April 23, 2018*

---



*Original File NL18-096 - Zuma v Getty - LA Walker - 23Apr18.txt*

*Min-U-Script® with Word Index*

1

1            UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF NEW YORK

3   ZUMA PRESS, INC., ACTION SPORTS  )
    PHOTOGRAPHY, INC., TIYU (BEIJING))
4   CULTURE MEDIA CO. LTD., MANNY    )
    FLORES, ANDREW DIEB, CHRISTOPHER )
5   SZAGOLA, LOUIS LOPEZ, CHARLES    )
    BAUS, DUNCAN WILLIAMS, ROBERT    )
6   BACKMAN, JOHN MIDDLEBROOK, and   )
    ANTHONY BARHAM,                  )
7                                    )
                Plaintiffs,          )
8                                    )
9   vs.                              )
                                     )
    GETTY IMAGES (US), INC.,         )
10                                   )
                Defendant.           )
11  _____ )

12  Case No.  1:16-cv-06110 (AKH)

13

14  _____

15        DEPOSITION OF LESLIE ALLEN WALKER
    _____

16                 April 23, 2018
17                  9:30 a.m.

18

19                  Taken at:
            Davis Wright Tremaine, LLP
20   188 West Northern Lights Boulevard, Suite 1100
              Anchorage, Alaska  99503
21

22

23

24

25      Reported by:  Sandra M. Mierop, CRR, CCP, CBC

9

1    certain documents.

2              Do you see that?

3    A.    Yes.

4    Q.    Did you review the documents referred

5    to in this declaration before signing the

6    declaration?

7    A.    Yes.

8    Q.    What is your current occupation?

9    A.    Currently, a truck driver.

10   Q.    Do you do anything else in addition to

11   driving trucks?

12   A.    Yes.  I do pottery.

13   Q.    Were you previously associated with

14   the photographic licensing agency called

15   NewSport?

16   A.    Yes.

17   Q.    Would you please describe NewSport?

18   A.    It was a small boutique photo agency

19   working with a select few worldwide

20   photographers where they submitted their images

21   to us and then we distributed them for

22   licensee.

23   Q.    Generally speaking, how did NewSport

24   license its collection to end users?

25   A.    Through Corbis.  We fed Corbis images,

1  and Corbis then licensed them.

2      Q.    And approximately how many images did

3  NewSport license through Corbis?

4      A.    I'd say well over 100,000.  I don't

5  know the exact number.  But I know it's upwards

6  of that.

7      Q.    And approximately how many different

8  photographers' works were reflected in the

9  NewSport collection?

10     A.    400-plus.  450.  Somewhere in there.

11     Q.    What was your role at Newsport?

12     A.    I was director.  Basically, in charge

13  of organizing credentials for photographers to

14  be able to get into events so then they could

15  feed us images.  Then I controlled, you know,

16  the payout to all the photographers.  And --

17  wrangling, basically.

18     Q.    At some point, did you hold the

19  collection -- excuse me, the title of president

20  of Newsport?

21     A.    Yes, I did.

22     Q.    When did you become the president?

23     A.    Roughly -- I can't actually remember

24  the day.  Let me refer back to what I wrote.

25           2000 --

11

1    Q.    2006?

2    A.    Yeah, 2006.  It was right around that

3    time.

4    Q.    Are you a photographer yourself?

5    A.    Yes.

6    Q.    Are photographs that you have taken

7    personally part of the Newsport collection?

8    A.    Some are, and some are not.

9    Q.    Do you -- for the photographs that

10   you've taken personally that are not part of

11   the Newsport collection, have you licensed

12   those separately from the Newsport collection?

13   A.    Yes.

14   Q.    Why are those licensed separately from

15   the Newsport collection?

16   A.    It was when -- those images were when

17   I was a surf photographer and wanted to keep

18   all my surfing historical images separate from

19   what I would consider the mainstream sports

20   images.

21   Q.    Those are photographs that you took

22   prior to joining Newsport?

23   A.    Oh, yes.

24   Q.    Do you have any formal education after

25   high school?

1    system and then for them to license the images

2    for me.

3        Q.    Were the royalties paid by Corbis

4    under the NewSport contracts reported

5    separately from the royalties paid by Corbis

6    under your personal contributor agreements?

7        A.    Yes.

8        Q.    And did you continue to license your

9    personal collection through Corbis until Corbis

10   exited the photographic licensing business in

11   2016?

12       A.    Yes, I did.

13       Q.    Are you familiar with the phrase

14   "premium contributor agreement"?

15       A.    Yes, I am.

16       Q.    What do you understand the phrase

17   "premium contributor agreement" to mean in

18   relation to Corbis?

19       A.    That premium contributor agreement was

20   an agreement that gave us -- gave me and

21   NewSport a far larger percentage rate of the

22   licensee or the sale of the images.

23                So, basically, it was -- we were

24   a VIP contributor.

25       Q.    And premium contributors received a

1   higher share of the licensing revenue in the

2   form of royalties paid by Corbis?

3       A.    Yes.  Roughly, around 10 percent more.

4       Q.    Did you work for ZUMA Press from

5   September 2011 until January 2013?

6       A.    Yes, I did.

7       Q.    How did you meet Scott McKiernan?

8       A.    I was introduced to him through a

9   friend.  I was shopping around the idea of

10  selling Newsport, and my friend put me in touch

11  with Mr. McKiernan, and we had met once.

12      Q.    And did you sell the NewSport

13  collection to Mr. McKiernan?

14      A.    No.

15      Q.    Did you reach some other arrangement

16  whereby you and Mr. McKiernan and ZUMA Press

17  would be working together?

18      A.    Yes.  I discussed my premium contract

19  with Mr. McKiernan, and he found out I was

20  getting 10 percent more to feed images or to --

21  or to have images licensed through Corbis than

22  he was.  So we came up with the idea of just

23  having me come to ZUMA and I can run his sports

24  department, and he can then feed his sports

25  images through my contract with Corbis, take

19

1  over all the responsibilities of me paying the

2  photographers and all the accounting.  I would

3  continue to assist photographers with

4  credentialing, but this allowed Scott and ZUMA

5  to make 10 percent more on their sports imaging

6  by using me.

7            And also, I had built up

8  relationships with USIOC, USOC and the IOC, so

9  it offered the ability for ZUMA to have Olympic

10  credentials which they previously didn't have

11  either.

12    Q.    USOC is a reference to the United

13  States --

14    A.    United States Olympic Committee.

15    Q.    And IOC is?

16    A.    International Olympic Committee.

17    Q.    Did you ever sign an employment

18  contract with ZUMA Press?

19    A.    No.

20    Q.    Did you continue to manage and license

21  the Newsport collection while you were working

22  for ZUMA Press?

23    A.    Yes.

24            MR. MARKS:  I'd like to mark as

25  Walker Exhibit 7 a document bearing the Bates

1    No. ZUM00275.

2                    (Walker Exhibit No. 7 marked:

3    E-mail chain dated 10/3/11; Bates No.

4    ZUM00275.)

5        Q.    (BY MR. MARKS) Mr. Walker,

6    disregarding the correspondence from

7    Mr. Stewart to Mr. Liebowitz at the very top,

8    is the -- have you seen the e-mail in the body

9    of this Exhibit 7 before?

10        A.    Yes.  "Subject, Corbis Fee."  It was

11    an e-mail from me sending to everybody in the

12    ZUMA office my upload information on how to

13    send the images to the Corbis Newsport on --

14    Corbis NewSport contract.

15        Q.    Is this the file transfer protocol?

16        A.    Yes, the FTP.

17        Q.    That -- that was unique to the

18    NewSport contract?

19        A.    Yes.  All the FTPs, file transfer

20    protocol, all had the agency name and the

21    contract number, and this one is NewSport.9995,

22    which was my contract with Corbis.

23        Q.    And is that how Corbis would know that

24    contract submitted through these credentials

25    were to be associated with the NewSport

1   collection?

2       A.      Yes.

3       Q.      And we mentioned Mr. McKiernan

4   earlier.  Do you know what his role was at ZUMA

5   Press at the time you worked there?

6       A.      Owner.

7       Q.      And there's also a reference to a

8   Mr. Stewart.  Do you know Mr. Stewart?

9       A.      Yeah, he's a news director.

10  Basically, overseeing all imagery coming in.

11      Q.      Was ZUMA Press already licensing

12  images through Corbis at the time that you

13  joined ZUMA Press?

14      A.      Yes.

15      Q.      And did ZUMA Press have its own

16  transmission protocols?

17      A.      Yes.  We then diverted the sports

18  imaging to my FTP.

19      Q.      What is your understanding of why ZUMA

20  Press wanted to use the Newsport transmission

21  protocols to submit photographs to Corbis?

22      A.      Oh, it was to receive the 10 percent

23  extra based on my premium contract with Corbis.

24      Q.      And when you say "10 percent extra,"

25  do you mean that there was a 10 percent

1       Q.      Is that your signature in the lower
2    left-hand block?
3       A.      Yes, it is.
4       Q.      Is that Mr. McKiernan's signature in
5    the lower right-hand block?
6       A.      Yes, it is.
7       Q.      Did you watch him sign it?
8       A.      Yes, I did.
9       Q.      This form is entitled "Request for
10   Redirection of Royalty Payments."  What is your
11   understanding of what this form is?
12      A.      Instead of me receiving the payment of
13   images licensed from Corbis deposited directly
14   into my account, we redirected those deposits
15   into Scott McKiernan's and ZUMA's account.
16      Q.      Is this document based on a form that
17   was provided by Corbis?
18      A.      Yes.
19      Q.      At the time that you signed this
20   document, did you understand that Corbis was
21   requiring a reaffirmation that NewSport had the
22   authority to grant all rights and licenses
23   provided in the NewSport Corbis contract for
24   all the images submitted to Corbis under that
25   contract?

LESLIE ALLEN WALKER - April 23, 2018

25

```
 1     A.     Yes.
 2     Q.     Did the royalty rate that Corbis paid
 3  to NewSport change at some point in 2012?
 4     A.     Yes, it did.  It went to the standard
 5  rate.
 6     Q.     Did ZUMA Press continue to submit
 7  photographs to Corbis using the NewSport
 8  transmission protocols after the royalty rate
 9  change?
10     A.     Yes.
11     Q.     Do you know when ZUMA Press stopped
12  submitting photographs to Corbis through the
13  NewSport feed?
14     A.     Not a specific date, but it was right
15  around the time of my departure.
16     Q.     Was it after you left -- after you
17  left ZUMA Press?
18     A.     Yes.
19     Q.     But sitting here today, you don't --
20  you can't pinpoint a specific day or month?
21     A.     No, no.
22              MR. MARKS:  Let me mark as Walker
23  Exhibit 9 a document bearing the Bates Nos.
24  ZUM00317 to ZUM00318.
25              (Walker Exhibit No. 9 marked:
```

1    page there's a reference to broken promises?

2        A.    Yes.

3        Q.    What is that a reference to?

4        A.    Scott, when initially entering into

5    this verbal agreement with him and using my fee

6    to Corbis -- the premium fee to Corbis, that I

7    would, over time, become a more important role

8    in ZUMA as a team, and acquire more

9    responsibilities and be compensated as such.

10   And that never transpired.

11       Q.    Is the failure of ZUMA Press to live

12   up to those promises the reason for your

13   departure from the company?

14       A.    The failure to compensate me when

15   asking for a small 5 percent increase, and

16   actually, the atmosphere at ZUMA became

17   untenable after -- not soon after the change in

18   my contract with Corbis going from premium to

19   standard.  I felt I was definitely no longer a

20   value to ZUMA because they weren't making the

21   10 percent extra through me.

22              MR. MARKS:  I'd like to mark as

23   Walker Exhibit 12 a document bearing the Bates

24   No. ZUM00342.

25              (Walker Exhibit No. 12 marked:

1    E-mail string dated 1/9/13; Bates No.

2    ZUM00342.)

3        Q.    (BY MR. MARKS) Mr. Walker, again,

4    disregarding the forwarding of this e-mail from

5    Mr. McKiernan to his attorney, is the

6    substantive e-mail in the middle of the page an

7    e-mail that you've seen before?

8        A.    Yes.

9        Q.    What is that e-mail?

10       A.    Basically, my letter of resignation

11   and a good-bye to my colleagues I worked with

12   there.

13       Q.    Was it your intention at the time that

14   you sent this e-mail to continue to operate and

15   manage the NewSport -- licensing of the

16   NewSport collection?

17       A.    At the time, yes.

18       Q.    And did you, in fact, continue to

19   manage and license the NewSport collection

20   after sending this e-mail?

21       A.    Yes.

22                MR. MARKS:  Let me mark as Walker

23   Exhibit 13 a two-page document bearing the

24   Bates Nos. ZUM00004 to 5.

25                (Walker Exhibit No. 13 marked:

36

1      A.    Yes.

2      Q.    Do you know what that's a reference

3   to?

4      A.    I think that since when I quit ZUMA

5   there was an overlap of royalty payment for a

6   month that I had stopped the payment going to

7   ZUMA's account to mine.  So there was going to

8   overlap of one month of royalty payments.  So,

9   when they paid me, I would just look through

10  and see what images were on there, give ZUMA

11  their slice and take mine.

12            Does that, you know, make sense?

13     Q.    Yeah, I just want to follow up and

14  make sure that I fully understand.

15            When you left ZUMA Press, you

16  spoke to Corbis to redirect the royalty

17  payments from the NewSport account back to your

18  attention instead of continuing to go to the

19  attention of ZUMA Press, correct?

20     A.    Correct.  And all part of that

21  conversation was to move the ZUMA images out of

22  the NewSport archive.  It was all the same

23  conversation.

24     Q.    And until that happened, if you

25  receive royalties from Corbis for NewSport's

1   licensing of images that ZUMA Press had fed,

2   then you would give the money back to ZUMA

3   Press?

4       A.    Yes.

5       Q.    And is, in fact, that what happened?

6       A.    Yes.

7                 THE WITNESS:  Can I take a water

8   break?

9                 MR. MARKS:  Please.  Why don't we

10  go off the record and take a short break?

11                (Break.)

12                MR. MARKS:  Let me mark as Walker

13  Exhibit 15 an e-mail chain bearing the Bates

14  Nos. ZUM00292 to 98.

15                (Walker Exhibit No. 15 marked:

16  E-mail string dated 2/11/13; Bates Nos.

17  ZUM00292 through 298.)

18      Q.    (BY MR. MARKS)  Mr. Walker, Exhibit

19  No. 15 is a chain of e-mails, the earliest in

20  time of which you were either a sender or a

21  recipient, and the top e-mails of the chain

22  you're not copied on.

23                I'm going to focus my attention

24  on the e-mails beginning at the bottom of page

25  292 on which you are the sender or the

1      Q.    But do you know what, if anything,

2   Corbis actually did to -- to --

3      A.    I have --

4      Q.    Let me finish the question.

5            Do you know what, if anything,

6   Corbis actually did to disassociate the

7   NewSport photos from the NewSport collection?

8      A.    No.

9      Q.    Let me mark as Walker Exhibit 16 a

10   document bearing the Bates No. ZUM00327 to 28.

11            (Walker Exhibit No. 16 marked:

12   E-mail string dated 2/11/13; Bates Nos.

13   ZUM00327 through 328.)

14      Q.    (BY MR. MARKS)  Disregarding the

15   banner at the top of this e-mail --

16      A.    Uh-huh.

17      Q.    Is the chain of e-mails on ZUM00327 an

18   exchange of e-mails between you and Mr. Stewart

19   on February 11th, 2013?

20      A.    Yes.

21      Q.    Do you recall this exchange of

22   e-mails?

23      A.    Yes.

24      Q.    And does this -- does this reflect

25   that you and ZUMA Press could not come to an

**LESLIE ALLEN WALKER - April 23, 2018**

45

1    Seth said, "This gentleman will be able to help

2    you.  Explain to him what it is."  It was easy.

3    I said, "Any images tagged 'ZUMA' should no

4    longer be in the NewSport archive."

5                    And I assume that was taken

6    place.

7        Q.    But, again, you don't know what steps,

8    if any --

9        A.    No, I -- my assumption is that they

10   copied those images -- okay.

11       Q.    I don't want you to assume anything.

12       A.    All right.

13       Q.    We just want to know what you actually

14   know or don't know.

15       A.    Yes, I don't know what they did.

16       Q.    After you left ZUMA Press in January

17   of 2013, you continued to license the NewSport

18   collection through Corbis, correct?

19       A.    Yes.

20       Q.    Did NewSport continue to receive

21   royalties from Corbis for that collection?

22       A.    Yes.

23       Q.    Can you recall any further

24   communications with ZUMA Press after early

25   February, 2013?

1    NewSport had authorized Getty Images to license

2    the NewSport collection through the Getty

3    Images platform?

4        A.    Yes, in jest, the NewSport collection.

5    I believe that's the terminology they use.

6                    MR. MARKS:  I'd like to mark as

7    Exhibit 17, a document bearing the number

8    GETT00051389 through 93.

9                    (Walker Exhibit No. 17 marked:

10   Getty Images Contributor Agreement; Bates Nos.

11   GETT00051389 through 51393.)

12       Q.    (BY MR. MARKS) Mr. Walker, have you

13   seen Exhibit 17 before?

14       A.    Yes.  This is my contributor

15   agreement.

16       Q.    This is the contract you signed with

17   Getty Images for licensing the NewSport

18   archive?

19       A.    It could be, because there was a

20   confusion between my Les Walker archive and the

21   NewSport archive.

22       Q.    Your intention was to license the

23   NewSport archive to Getty Images?

24       A.    Yes, that's what I believe what I'm

25   signing here.

1      Q.     Your understanding is that Getty

2   Images was interested in signing the NewSport

3   archive?

4      A.     Yes, they were.

5              MR. MARKS:  Let me mark as Walker

6   Exhibit 18 a document bearing the Bates Nos.

7   GETT00047900 to 902.

8              (Walker Exhibit No. 18 marked:

9   E-mail string dated 4/12/16; Bates Nos.

10   GETT00047900 through 47902.)

11      Q.     (BY MR. MARKS) Mr. Walker, have you

12   seen the chain of e-mails in Exhibit 18 before?

13      A.     Yes.

14      Q.     And what is this -- what is this chain

15   of e-mails about?

16      A.     Basically, setting up my NewSport

17   account and trying to disseminate and keep it

18   separate from my personal account of images.

19      Q.     And this was your follow-up because

20   you wanted the NewSport photo agency content to

21   transfer from Corbis over to Getty Images?

22      A.     Yeah.  As stated in this e-mail, I've

23   been trying to set up my NewSport account for

24   you guys to sell my images, but my personal

25   account is also associated with my personal

1    e-mail.  So there's a bit of confusion.

2                 But, yes, this was to facilitate

3    and assist getting the NewSport images

4    represented by Getty.

5                 MR. MARKS:  And I'd like to mark

6    as Exhibit 19 a document bearing Bates Nos.

7    GETT00047204 to 206.

8                 (Walker Exhibit No. 19 marked:

9    E-mail string dated 4/16/16; Bates Nos.

10   GETT00047204 through 47206.)

11       Q.    (BY MR. MARKS) Have you seen the chain

12   of e-mails in Exhibit 19 before?

13       A.    Yes.

14       Q.    And these are e-mails from -- that go

15   back and forth between you and Getty Images

16   concerning the transfer of the NewSport photo

17   agency content, the migration of the NewSport

18   photo agency content from Corbis to Getty

19   Images?

20       A.    Yes.

21       Q.    At the time that you authorized the

22   migration of the NewSport collection of images

23   from Corbis to Getty Images, did you have an

24   understanding of whether the images submitted

25   to Corbis by ZUMA Press using the NewSport

1    that photo.

2              So, when I saw that meta data,

3    that set off tons of alarms that the ingestion

4    process or whatever Corbis did on their side

5    compromised the meta data.

6        Q.    Did -- did Getty Images change the

7    meta data?

8        A.    Not at all.

9              MR. MARKS:  Object to the form.

10       Q.    (BY MR. LIEBOWITZ) How do you know

11   that?

12       A.    Because they were concerned about the

13   mistake also.  They didn't know how my name got

14   stripped in as photographer, or that ZUMA was a

15   contributor.

16       Q.    Okay.  Just looking down at the same

17   GETT00047365 --

18       A.    Uh-huh.

19       Q.    -- is an e-mail from David -- and just

20   for the record, I'm just going to do David W.

21   as Dave Wojtczak at Getty Images, just for --

22   to speed things up, and for pronunciation.

23             Do you recall what you spoke

24   about with David on the phone?

25       A.    Yeah.  It was about the strange meta

1    advising Getty that I wish them no longer to

2    represent my NewSport images.

3        Q.    And why was that?

4        A.    Because I was afraid there was some

5    confusion or something that happened prior --

6    something that happened at Corbis prior to

7    Getty ingesting the images that made all of the

8    NewSport archive compromised with meta data --

9    the meta data was compromised in some manner.

10       Q.    Okay.  So, it's the wrong meta data?

11       A.    Yes, as my name was stripped in as the

12   photographer for every single image.

13       Q.    And that shouldn't have been there?

14       A.    I didn't take some of those.

15            And I was also concerned that

16   there was a lot of confusion about the

17   NewSport/ZUMA images.  So I just wanted to stop

18   everything, pull it all down.  Let's figure it

19   out.

20       Q.    Do you know, did Getty take the images

21   down?

22       A.    Oh, absolute -- immediately.

23            MR. LIEBOWITZ:  I'll introduce

24   Walker Exhibit 27.

25            (Walker Exhibit No. 27 marked: