# EXHIBIT 1-A

**TO BE DEPOSITED ON CD**