# EXHIBIT 1-B

**TO BE DEPOSITED ON CD**