# EXHIBIT 1-C



# ZUMA PRESS



HEADLINE: NCAA FFootball 2011 - Texas Defeats Texas Tech 52-20

CAPTION: Nov 5, 2011..    Tailback Fozzy Whittaker #2 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas. The Longhorns defeat the Red Raiders 52-20.(Credit Image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com)

PHOTOGRAPHER: © Robert Backman

FILENAME: 20111105_zaf_cb5_026.jpg

BACK06303

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Photographer | CORBISID | CorbisData_CAPTION | INPUTDATE | ORIGINALFILENAME | PUBLISHEDDATE | SOURCE | Getty_MASTER_ID | EDITORIAL_CONTRACT |
| 44078 | Robert Backman | 42-30567000 | Nov 5, 2011. Running back Joe Bergeron #24 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas. | 2011-11-05T13:53:55.71 | 20111105_zaf_cb5_cb5_011.jpg | 2011-11-05T13:54:02.227 | NewSport | 530696612 | 6864080 |
| 44079 | Robert Backman | 42-30567001 | Nov 5, 2011. The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:53:56.013 | 20111105_zaf_cb5_cb5_014.jpg | 2011-11-05T13:54:02.437 | NewSport | 530696618 | 6864080 |
| 44080 | Robert Backman | 42-30567002 | Nov 5, 2011. Tailback Fozzy Whittaker #2 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas. The Longhorns defeat the Red Raiders 52-20.(Credit Image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com | 2011-11-05T13:53:55.95 | 20111105_zaf_cb5_cb5_013.jpg | 2011-11-05T13:54:02.413 | NewSport | 530696622 | 6864080 |
| 44081 | Robert Backman | 42-30567003 | Nov 5, 2011. QB David Ash #14 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:53:56.123 | 20111105_zaf_cb5_cb5_015.jpg | 2011-11-05T13:54:02.667 | NewSport | 530696630 | 6864080 |
| 44082 | Robert Backman | 42-30567007 | Nov 5, 2011. Running back Joe Bergeron #24 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:55:55.197 | 20111105_zaf_cb5_cb5_012.jpg | 2011-11-05T13:56:00.313 | NewSport | 530696632 | 6864080 |
| 44083 | Robert Backman | 42-30567008 | Nov 5, 2011. QB Case McCoy #6 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:55:55.173 | 20111105_zaf_cb5_cb5_018.jpg | 2011-11-05T13:56:02.167 | NewSport | 530696640 | 6864080 |
| 44084 | Robert Backman | 42-30567009 | Nov 5, 2011. Tailback Fozzy Whittaker #2 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:55:56.04 | 20111105_zaf_cb5_cb5_019.jpg | 2011-11-05T13:56:02.47 | NewSport | 530696650 | 6864080 |
| 44085 | Robert Backman | 42-30567010 | Nov 5, 2011. QB Seth Doege #7 of the Texas Tech Red Raiders vs the Texas Longhorns at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit Image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com | 2011-11-05T13:55:56.04 | 20111105_zaf_cb5_cb5_017.jpg | 2011-11-05T13:56:02.873 | NewSport | 530696658 | 6864080 |
| 44086 | Robert Backman | 42-30567011 | Nov 5, 2011. Tailback Fozzy Whittaker #2 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit Image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com | 2011-11-05T13:55:56.033 | 20111105_zaf_cb5_cb5_024.jpg | 2011-11-05T13:56:01.687 | NewSport | 530696660 | 6864080 |
| 44087 | Robert Backman | 42-30567012 | Nov 5, 2011. Tailback Fozzy Whittaker #2 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:55:56.343 | 20111105_zaf_cb5_cb5_016.jpg | 2011-11-05T13:56:03.31 | NewSport | 530696666 | 6864080 |
| 44088 | Robert Backman | 42-30567013 | Nov 5, 2011. A helmet of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:55:56.357 | 20111105_zaf_cb5_cb5_023.jpg | 2011-11-05T13:56:02.723 | NewSport | 530696672 | 6864080 |
| 44089 | Robert Backman | 42-30567014 | Nov 5, 2011. Running back DJ. Monroe #26 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:55:56.36 | 20111105_zaf_cb5_cb5_029.jpg | 2011-11-05T13:56:03.743 | NewSport | 530696682 | 6864080 |
| 44090 | Robert Backman | 42-30567015 | Nov 5, 2011. Tailback Fozzy Whittaker #2 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:55:56.67 | 20111105_zaf_cb5_cb5_026.jpg | 2011-11-05T13:56:04.41 | NewSport | 530696692 | 6864080 |
| 44091 | Robert Backman | 42-30567016 | Nov 5, 2011. Longhorns defeat the Red Raiders 52-20.(Credit Image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:55:56.607 | 20111105_zaf_cb5_cb5_028.jpg | 2011-11-05T13:56:05.063 | NewSport | 530696696 | 6864080 |
| 44092 | Robert Backman | 42-30567017 | Nov 5, 2011. Tailback Fozzy Whittaker #2 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:55:56.95 | 20111105_zaf_cb5_cb5_027.jpg | 2011-11-05T13:56:05.063 | NewSport | 530696702 | 6864080 |
| 44093 | Robert Backman | 42-30567018 | Nov 5, 2011. Tailback Fozzy Whittaker #2 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:55:57.507 | 20111105_zaf_cb5_cb5_025.jpg | 2011-11-05T13:56:04.047 | NewSport | 530696708 | 6864080 |
| 44094 | Robert Backman | 42-30567022 | Nov 5, 2011. WR Darius White #4 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:56:17.523 | 20111105_zaf_cb5_cb5_020.jpg | 2011-11-05T13:56:23.647 | NewSport | 530696724 | 6864080 |
| 44095 | Robert Backman | 42-30567023 | Nov 5, 2011. WR Darius White #4 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:56:17.523 | 20111105_zaf_cb5_cb5_021.jpg | 2011-11-05T13:56:24.757 | NewSport | 530696732 | 6864080 |
| 44096 | Robert Backman | 42-30567024 | Nov 5, 2011. WR Darius White #4 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:56:17.853 | 20111105_zaf_cb5_cb5_022.jpg | 2011-11-05T13:56:23.677 | NewSport | 530696734 | 6864080 |
| 44097 | Robert Backman | 42-30567025 | Nov 5, 2011. Weakside Linebacker Emmanuel Acho #18 celebrats with Joe Bergeron #24 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas.(Credit Image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:57:01.937 | 20111105_zaf_cb5_cb5_032.jpg | 2011-11-05T13:57:07.993 | NewSport | 530696746 | 6864080 |
| 44098 | Robert Backman | 42-30567026 | Nov 5, 2011. Tailback Fozzy Whittaker #2 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit Image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com | 2011-11-05T13:57:02.313 | 20111105_zaf_cb5_cb5_035.jpg | 2011-11-05T13:57:07.703 | NewSport | 530696752 | 6864080 |
| 44099 | Robert Backman | 42-30567027 | Nov 5, 2011. Strong Safety Blake Gideon #21 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:57:02.543 | 20111105_zaf_cb5_cb5_037.jpg | 2011-11-05T13:57:07.517 | NewSport | 530696756 | 6864080 |
| 44100 | Robert Backman | 42-30567028 | Nov 5, 2011. Running back Joe Bergeron #24 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas. | 2011-11-05T13:57:02.363 | 20111105_zaf_cb5_cb5_031.jpg | 2011-11-05T13:57:08.687 | NewSport | 530696764 | 6864080 |
| 44101 | Robert Backman | 42-30567029 | The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:57:02.243 | 20111105_zaf_cb5_cb5_030.jpg | 2011-11-05T13:57:10.203 | NewSport | 530696772 | 6864080 |
| 44102 | Robert Backman | 42-30567030 | Nov 5, 2011. QB David Ash #14 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:57:02.667 | 20111105_zaf_cb5_cb5_038.jpg | 2011-11-05T13:57:08.713 | NewSport | 530696776 | 6864080 |
| 44103 | Robert Backman | 42-30567031 | Nov 5, 2011. Coach Mack Brown of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas. The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:57:02.703 | 20111105_zaf_cb5_cb5_034.jpg | 2011-11-05T13:57:09.093 | NewSport | 530696784 | 6864080 |
| 44104 | Robert Backman | 42-30567032 | Nov 5, 2011. A back flip by one of the cheerleaders celebrates after a TD for the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas. The Longhorns defeat the Red Raiders 52-20.(Credit Image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com | 2011-11-05T13:57:02.547 | 20111105_zaf_cb5_cb5_033.jpg | 2011-11-05T13:57:09.297 | NewSport | 530696796 | 6864080 |
| 44105 | Robert Backman | 42-30567033 | Nov 5, 2011. Strong Safety Blake Gideon #21 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas, The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:57:02.633 | 20111105_zaf_cb5_cb5_039.jpg | 2011-11-05T13:57:08.883 | NewSport | 530696800 | 6864080 |
| 44106 | Robert Backman | 42-30567034 | Nov 5, 2011. Nose-Tackle Kheeston Randall #91 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas. The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:57:03.61 | 20111105_zaf_cb5_cb5_040.jpg | 2011-11-05T13:57:10.367 | NewSport | 530696810 | 6864080 |
| 44107 | Robert Backman | 42-30567037 | Nov 5, 2011. Running back Traylon Shead #32 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas. The Longhorns defeat the Red Raiders 52-20.(Credit image: © Robert Backman/Cal Sport Media/ZUMAPRESS.com) | 2011-11-05T13:57:32.96 | 20111105_zaf_cb5_cb5_036.jpg | 2011-11-05T13:57:39.153 | NewSport | 530696820 | 6864080 |
| | Robert Backman | 42-30567043 | Nov 5, 2011. Strong Safety Blake Gideon #21 of the Texas Longhorns vs the Texas Tech Red Raiders at Darrell K Royal-Texas Memorial Stadium in Austin Texas. The | 2011-11-05T13:59:01.35 | 20111105_zaf_cb5_cb5_041.jpg | 2011-11-05T13:59:08.933 | NewSport | 530696828 | 6864080 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

Registration Number
**VA 2-022-536**
Effective Date of Registration:
November 14, 2016

## Title

**Title of Work:** Group Registration of Published Photographs - Robert Backman; 2011 Photographs; all published 7/3/2011-12/30/2011; 577 photographs

**Content Title:** 20110703_zaf_cb5_054_Robert_Backman.jpg; 7/3/2011

20111008_zaf_cb5_001_Robert_Backman.jpg
20111008_zaf_cb5_002_Robert_Backman.jpg
20111008_zaf_cb5_003_Robert_Backman.jpg
20111008_zaf_cb5_004_Robert_Backman.jpg
20111008_zaf_cb5_005_Robert_Backman.jpg
20111008_zaf_cb5_006_Robert_Backman.jpg
20111008_zaf_cb5_007_Robert_Backman.jpg
20111008_zaf_cb5_008_Robert_Backman.jpg
20111008_zaf_cb5_009_Robert_Backman.jpg
20111008_zaf_cb5_010_Robert_Backman.jpg
20111008_zaf_cb5_011_Robert_Backman.jpg
20111008_zaf_cb5_012_Robert_Backman.jpg
20111008_zaf_cb5_013_Robert_Backman.jpg
20111008_zaf_cb5_014_Robert_Backman.jpg
20111008_zaf_cb5_015_Robert_Backman.jpg
20111008_zaf_cb5_016_Robert_Backman.jpg
20111008_zaf_cb5_017_Robert_Backman.jpg
20111008_zaf_cb5_018_Robert_Backman.jpg
20111008_zaf_cb5_019_Robert_Backman.jpg
20111008_zaf_cb5_020_Robert_Backman.jpg
20111008_zaf_cb5_021_Robert_Backman.jpg
20111008_zaf_cb5_022_Robert_Backman.jpg
20111008_zaf_cb5_023_Robert_Backman.jpg
20111008_zaf_cb5_024_Robert_Backman.jpg
20111008_zaf_cb5_025_Robert_Backman.jpg
20111008_zaf_cb5_026_Robert_Backman.jpg
20111008_zaf_cb5_027_Robert_Backman.jpg
20111008_zaf_cb5_028_Robert_Backman.jpg
20111008_zaf_cb5_029_Robert_Backman.jpg
20111008_zaf_cb5_030_Robert_Backman.jpg
20111008_zaf_cb5_031_Robert_Backman.jpg
20111008_zaf_cb5_032_Robert_Backman.jpg
20111008_zaf_cb5_033_Robert_Backman.jpg
20111008_zaf_cb5_034_Robert_Backman.jpg
20111008_zaf_cb5_035_Robert_Backman.jpg
20111008_zaf_cb5_036_Robert_Backman.jpg
20111008_zaf_cb5_037_Robert_Backman.jpg
20111008_zaf_cb5_038_Robert_Backman.jpg

BACK002397

```
20111008_zaf_cb5_039_Robert_Backman.jpg
20111008_zaf_cb5_040_Robert_Backman.jpg
20111008_zaf_cb5_041_Robert_Backman.jpg
20111008_zaf_cb5_042_Robert_Backman.jpg
20111008_zaf_cb5_043_Robert_Backman.jpg
20111008_zaf_cb5_044_Robert_Backman.jpg
20111008_zaf_cb5_045_Robert_Backman.jpg
20111008_zaf_cb5_046_Robert_Backman.jpg
20111008_zaf_cb5_047_Robert_Backman.jpg; 10/08/2011

20111015_zaf_cb5_001_Robert_Backman.jpg
20111015_zaf_cb5_002_Robert_Backman.jpg
20111015_zaf_cb5_003_Robert_Backman.jpg
20111015_zaf_cb5_004_Robert_Backman.jpg
20111015_zaf_cb5_005_Robert_Backman.jpg
20111015_zaf_cb5_006_Robert_Backman.jpg
20111015_zaf_cb5_007_Robert_Backman.jpg
20111015_zaf_cb5_008_Robert_Backman.jpg
20111015_zaf_cb5_009_Robert_Backman.jpg
20111015_zaf_cb5_010_Robert_Backman.jpg
20111015_zaf_cb5_011_Robert_Backman.jpg
20111015_zaf_cb5_012_Robert_Backman.jpg
20111015_zaf_cb5_013_Robert_Backman.jpg
20111015_zaf_cb5_014_Robert_Backman.jpg
20111015_zaf_cb5_015_Robert_Backman.jpg
20111015_zaf_cb5_016_Robert_Backman.jpg
20111015_zaf_cb5_017_Robert_Backman.jpg
20111015_zaf_cb5_018_Robert_Backman.jpg
20111015_zaf_cb5_019_Robert_Backman.jpg
20111015_zaf_cb5_020_Robert_Backman.jpg
20111015_zaf_cb5_021_Robert_Backman.jpg
20111015_zaf_cb5_022_Robert_Backman.jpg
20111015_zaf_cb5_023_Robert_Backman.jpg
20111015_zaf_cb5_024_Robert_Backman.jpg
20111015_zaf_cb5_025_Robert_Backman.jpg
20111015_zaf_cb5_026_Robert_Backman.jpg
20111015_zaf_cb5_027_Robert_Backman.jpg
20111015_zaf_cb5_028_Robert_Backman.jpg
20111015_zaf_cb5_029_Robert_Backman.jpg
20111015_zaf_cb5_030_Robert_Backman.jpg
20111015_zaf_cb5_031_Robert_Backman.jpg
20111015_zaf_cb5_032_Robert_Backman.jpg
20111015_zaf_cb5_033_Robert_Backman.jpg
20111015_zaf_cb5_034_Robert_Backman.jpg
20111015_zaf_cb5_035_Robert_Backman.jpg
20111015_zaf_cb5_036_Robert_Backman.jpg
20111015_zaf_cb5_037_Robert_Backman.jpg
20111015_zaf_cb5_038_Robert_Backman.jpg
20111015_zaf_cb5_039_Robert_Backman.jpg
20111015_zaf_cb5_040_Robert_Backman.jpg
20111015_zaf_cb5_041_Robert_Backman.jpg
20111015_zaf_cb5_042_Robert_Backman.jpg
20111015_zaf_cb5_043_Robert_Backman.jpg
20111015_zaf_cb5_044_Robert_Backman.jpg
20111015_zaf_cb5_045_Robert_Backman.jpg; 10/15/2011

20111015_zaf_cb5_046_Robert_Backman.jpg
20111015_zaf_cb5_047_Robert_Backman.jpg
```



20111015_zaf_cb5_048_Robert_Backman.jpg
20111015_zaf_cb5_049_Robert_Backman.jpg
20111015_zaf_cb5_050_Robert_Backman.jpg
20111015_zaf_cb5_051_Robert_Backman.jpg
20111015_zaf_cb5_052_Robert_Backman.jpg
20111015_zaf_cb5_053_Robert_Backman.jpg
20111015_zaf_cb5_054_Robert_Backman.jpg
20111015_zaf_cb5_055_Robert_Backman.jpg
20111015_zaf_cb5_056_Robert_Backman.jpg
20111015_zaf_cb5_057_Robert_Backman.jpg
20111015_zaf_cb5_058_Robert_Backman.jpg
20111015_zaf_cb5_059_Robert_Backman.jpg
20111015_zaf_cb5_060_Robert_Backman.jpg
20111015_zaf_cb5_061_Robert_Backman.jpg
20111015_zaf_cb5_062_Robert_Backman.jpg
20111015_zaf_cb5_063_Robert_Backman.jpg
20111015_zaf_cb5_064_Robert_Backman.jpg
20111015_zaf_cb5_065_Robert_Backman.jpg
20111015_zaf_cb5_066_Robert_Backman.jpg
20111015_zaf_cb5_067_Robert_Backman.jpg
20111015_zaf_cb5_068_Robert_Backman.jpg
20111015_zaf_cb5_069_Robert_Backman.jpg
20111015_zaf_cb5_070_Robert_Backman.jpg
20111015_zaf_cb5_071_Robert_Backman.jpg
20111015_zaf_cb5_072_Robert_Backman.jpg
20111015_zaf_cb5_073_Robert_Backman.jpg
20111015_zaf_cb5_074_Robert_Backman.jpg
20111015_zaf_cb5_075_Robert_Backman.jpg
20111015_zaf_cb5_076_Robert_Backman.jpg
20111015_zaf_cb5_077_Robert_Backman.jpg
20111015_zaf_cb5_078_Robert_Backman.jpg
20111015_zaf_cb5_079_Robert_Backman.jpg
20111015_zaf_cb5_080_Robert_Backman.jpg
20111015_zaf_cb5_081_Robert_Backman.jpg
20111015_zaf_cb5_082_Robert_Backman.jpg
20111015_zaf_cb5_083_Robert_Backman.jpg
20111015_zaf_cb5_084_Robert_Backman.jpg
20111015_zaf_cb5_085_Robert_Backman.jpg; 10/15/2011

20111015_zaf_cb5_086_Robert_Backman.jpg
20111015_zaf_cb5_087_Robert_Backman.jpg
20111015_zaf_cb5_088_Robert_Backman.jpg
20111015_zaf_cb5_089_Robert_Backman.jpg
20111015_zaf_cb5_090_Robert_Backman.jpg
20111015_zaf_cb5_091_Robert_Backman.jpg
20111015_zaf_cb5_092_Robert_Backman.jpg
20111015_zaf_cb5_093_Robert_Backman.jpg
20111015_zaf_cb5_094_Robert_Backman.jpg; 10/15/2011

20111029_zaf_cb5_001_Robert_Backman.jpg
20111029_zaf_cb5_002_Robert_Backman.jpg
20111029_zaf_cb5_003_Robert_Backman.jpg
20111029_zaf_cb5_004_Robert_Backman.jpg
20111029_zaf_cb5_005_Robert_Backman.jpg
20111029_zaf_cb5_006_Robert_Backman.jpg
20111029_zaf_cb5_007_Robert_Backman.jpg
20111029_zaf_cb5_008_Robert_Backman.jpg
20111029_zaf_cb5_009_Robert_Backman.jpg

BACK002399

20111029_zaf_cb5_010_Robert_Backman.jpg
20111029_zaf_cb5_011_Robert_Backman.jpg
20111029_zaf_cb5_012_Robert_Backman.jpg
20111029_zaf_cb5_013_Robert_Backman.jpg
20111029_zaf_cb5_014_Robert_Backman.jpg
20111029_zaf_cb5_015_Robert_Backman.jpg
20111029_zaf_cb5_016_Robert_Backman.jpg
20111029_zaf_cb5_017_Robert_Backman.jpg
20111029_zaf_cb5_018_Robert_Backman.jpg
20111029_zaf_cb5_019_Robert_Backman.jpg
20111029_zaf_cb5_020_Robert_Backman.jpg
20111029_zaf_cb5_021_Robert_Backman.jpg
20111029_zaf_cb5_022_Robert_Backman.jpg
20111029_zaf_cb5_023_Robert_Backman.jpg
20111029_zaf_cb5_024_Robert_Backman.jpg
20111029_zaf_cb5_025_Robert_Backman.jpg
20111029_zaf_cb5_026_Robert_Backman.jpg
20111029_zaf_cb5_027_Robert_Backman.jpg
20111029_zaf_cb5_028_Robert_Backman.jpg
20111029_zaf_cb5_029_Robert_Backman.jpg
20111029_zaf_cb5_030_Robert_Backman.jpg
20111029_zaf_cb5_031_Robert_Backman.jpg
20111029_zaf_cb5_032_Robert_Backman.jpg
20111029_zaf_cb5_033_Robert_Backman.jpg
20111029_zaf_cb5_034_Robert_Backman.jpg
20111029_zaf_cb5_035_Robert_Backman.jpg
20111029_zaf_cb5_036_Robert_Backman.jpg
20111029_zaf_cb5_037_Robert_Backman.jpg
20111029_zaf_cb5_038_Robert_Backman.jpg
20111029_zaf_cb5_039_Robert_Backman.jpg
20111029_zaf_cb5_040_Robert_Backman.jpg
20111029_zaf_cb5_041_Robert_Backman.jpg
20111029_zaf_cb5_042_Robert_Backman.jpg
20111029_zaf_cb5_043_Robert_Backman.jpg
20111029_zaf_cb5_044_Robert_Backman.jpg
20111029_zaf_cb5_045_Robert_Backman.jpg; 10/29/2011

20111029_zaf_cb5_046_Robert_Backman.jpg
20111029_zaf_cb5_047_Robert_Backman.jpg
20111029_zaf_cb5_048_Robert_Backman.jpg
20111029_zaf_cb5_049_Robert_Backman.jpg
20111029_zaf_cb5_050_Robert_Backman.jpg
20111029_zaf_cb5_051_Robert_Backman.jpg
20111029_zaf_cb5_052_Robert_Backman.jpg
20111029_zaf_cb5_053_Robert_Backman.jpg
20111029_zaf_cb5_054_Robert_Backman.jpg
20111029_zaf_cb5_055_Robert_Backman.jpg
20111029_zaf_cb5_056_Robert_Backman.jpg
20111029_zaf_cb5_057_Robert_Backman.jpg
20111029_zaf_cb5_058_Robert_Backman.jpg
20111029_zaf_cb5_059_Robert_Backman.jpg
20111029_zaf_cb5_060_Robert_Backman.jpg
20111029_zaf_cb5_061_Robert_Backman.jpg
20111029_zaf_cb5_062_Robert_Backman.jpg
20111029_zaf_cb5_063_Robert_Backman.jpg
20111029_zaf_cb5_064_Robert_Backman.jpg
20111029_zaf_cb5_065_Robert_Backman.jpg
20111029_zaf_cb5_066_Robert_Backman.jpg



20111029_zaf_cb5_067_Robert_Backman.jpg
20111029_zaf_cb5_068_Robert_Backman.jpg
20111029_zaf_cb5_069_Robert_Backman.jpg; 10/29/2011

20111105_zaf_cb5_001_Robert_Backman.jpg
20111105_zaf_cb5_002_Robert_Backman.jpg
20111105_zaf_cb5_003_Robert_Backman.jpg
20111105_zaf_cb5_004_Robert_Backman.jpg
20111105_zaf_cb5_005_Robert_Backman.jpg
20111105_zaf_cb5_006_Robert_Backman.jpg
20111105_zaf_cb5_007_Robert_Backman.jpg
20111105_zaf_cb5_008_Robert_Backman.jpg
20111105_zaf_cb5_009_Robert_Backman.jpg
20111105_zaf_cb5_010_Robert_Backman.jpg
20111105_zaf_cb5_011_Robert_Backman.jpg
20111105_zaf_cb5_012_Robert_Backman.jpg
20111105_zaf_cb5_013_Robert_Backman.jpg
20111105_zaf_cb5_014_Robert_Backman.jpg
20111105_zaf_cb5_015_Robert_Backman.jpg
20111105_zaf_cb5_016_Robert_Backman.jpg
20111105_zaf_cb5_017_Robert_Backman.jpg
20111105_zaf_cb5_018_Robert_Backman.jpg
20111105_zaf_cb5_019_Robert_Backman.jpg
20111105_zaf_cb5_020_Robert_Backman.jpg
20111105_zaf_cb5_021_Robert_Backman.jpg
20111105_zaf_cb5_022_Robert_Backman.jpg
20111105_zaf_cb5_023_Robert_Backman.jpg
20111105_zaf_cb5_024_Robert_Backman.jpg
20111105_zaf_cb5_025_Robert_Backman.jpg
==20111105_zaf_cb5_026_Robert_Backman.jpg==
20111105_zaf_cb5_027_Robert_Backman.jpg
20111105_zaf_cb5_028_Robert_Backman.jpg
20111105_zaf_cb5_029_Robert_Backman.jpg
20111105_zaf_cb5_030_Robert_Backman.jpg
20111105_zaf_cb5_031_Robert_Backman.jpg
20111105_zaf_cb5_032_Robert_Backman.jpg
20111105_zaf_cb5_033_Robert_Backman.jpg
20111105_zaf_cb5_034_Robert_Backman.jpg
20111105_zaf_cb5_035_Robert_Backman.jpg
20111105_zaf_cb5_036_Robert_Backman.jpg
20111105_zaf_cb5_037_Robert_Backman.jpg
20111105_zaf_cb5_038_Robert_Backman.jpg
20111105_zaf_cb5_039_Robert_Backman.jpg
20111105_zaf_cb5_040_Robert_Backman.jpg
20111105_zaf_cb5_041_Robert_Backman.jpg
20111105_zaf_cb5_042_Robert_Backman.jpg
20111105_zaf_cb5_043_Robert_Backman.jpg
20111105_zaf_cb5_044_Robert_Backman.jpg
20111105_zaf_cb5_045_Robert_Backman.jpg; 11/05/2011

20111105_zaf_cb5_046_Robert_Backman.jpg
20111105_zaf_cb5_047_Robert_Backman.jpg
20111105_zaf_cb5_048_Robert_Backman.jpg
20111105_zaf_cb5_049_Robert_Backman.jpg
20111105_zaf_cb5_050_Robert_Backman.jpg
20111105_zaf_cb5_051_Robert_Backman.jpg
20111105_zaf_cb5_052_Robert_Backman.jpg
20111105_zaf_cb5_053_Robert_Backman.jpg

BACK002401

```
20111105_zaf_cb5_054_Robert_Backman.jpg
20111105_zaf_cb5_055_Robert_Backman.jpg
20111105_zaf_cb5_056_Robert_Backman.jpg
20111105_zaf_cb5_057_Robert_Backman.jpg
20111105_zaf_cb5_058_Robert_Backman.jpg
20111105_zaf_cb5_059_Robert_Backman.jpg
20111105_zaf_cb5_060_Robert_Backman.jpg
20111105_zaf_cb5_061_Robert_Backman.jpg
20111105_zaf_cb5_062_Robert_Backman.jpg
20111105_zaf_cb5_063_Robert_Backman.jpg
20111105_zaf_cb5_064_Robert_Backman.jpg
20111105_zaf_cb5_065_Robert_Backman.jpg
20111105_zaf_cb5_066_Robert_Backman.jpg
20111105_zaf_cb5_067_Robert_Backman.jpg; 11/05/2011

20111111_zaf_cb5_001_Robert_Backman.jpg
20111111_zaf_cb5_002_Robert_Backman.jpg
20111111_zaf_cb5_003_Robert_Backman.jpg
20111111_zaf_cb5_004_Robert_Backman.jpg
20111111_zaf_cb5_005_Robert_Backman.jpg
20111111_zaf_cb5_006_Robert_Backman.jpg
20111111_zaf_cb5_007_Robert_Backman.jpg
20111111_zaf_cb5_008_Robert_Backman.jpg
20111111_zaf_cb5_009_Robert_Backman.jpg
20111111_zaf_cb5_010_Robert_Backman.jpg
20111111_zaf_cb5_011_Robert_Backman.jpg
20111111_zaf_cb5_012_Robert_Backman.jpg
20111111_zaf_cb5_013_Robert_Backman.jpg
20111111_zaf_cb5_014_Robert_Backman.jpg
20111111_zaf_cb5_015_Robert_Backman.jpg
20111111_zaf_cb5_016_Robert_Backman.jpg
20111111_zaf_cb5_017_Robert_Backman.jpg
20111111_zaf_cb5_018_Robert_Backman.jpg
20111111_zaf_cb5_019_Robert_Backman.jpg
20111111_zaf_cb5_020_Robert_Backman.jpg
20111111_zaf_cb5_021_Robert_Backman.jpg
20111111_zaf_cb5_022_Robert_Backman.jpg
20111111_zaf_cb5_023_Robert_Backman.jpg
20111111_zaf_cb5_024_Robert_Backman.jpg
20111111_zaf_cb5_025_Robert_Backman.jpg
20111111_zaf_cb5_026_Robert_Backman.jpg
20111111_zaf_cb5_027_Robert_Backman.jpg
20111111_zaf_cb5_028_Robert_Backman.jpg
20111111_zaf_cb5_029_Robert_Backman.jpg
20111111_zaf_cb5_030_Robert_Backman.jpg
20111111_zaf_cb5_031_Robert_Backman.jpg
20111111_zaf_cb5_032_Robert_Backman.jpg
20111111_zaf_cb5_033_Robert_Backman.jpg
20111111_zaf_cb5_034_Robert_Backman.jpg
20111111_zaf_cb5_035_Robert_Backman.jpg
20111111_zaf_cb5_036_Robert_Backman.jpg
20111111_zaf_cb5_037_Robert_Backman.jpg
20111111_zaf_cb5_038_Robert_Backman.jpg
20111111_zaf_cb5_039_Robert_Backman.jpg
20111111_zaf_cb5_040_Robert_Backman.jpg
20111111_zaf_cb5_041_Robert_Backman.jpg
20111111_zaf_cb5_042_Robert_Backman.jpg
20111111_zaf_cb5_043_Robert_Backman.jpg
```



BACK002402

20111111_zaf_cb5_044_Robert_Backman.jpg
20111111_zaf_cb5_045_Robert_Backman.jpg; 11/11/2011

20111111_zaf_cb5_046_Robert_Backman.jpg
20111111_zaf_cb5_047_Robert_Backman.jpg
20111111_zaf_cb5_048_Robert_Backman.jpg
20111111_zaf_cb5_049_Robert_Backman.jpg
20111111_zaf_cb5_050_Robert_Backman.jpg; 11/11/2011

20111119_zaf_cb5_001_Robert_Backman.jpg
20111119_zaf_cb5_002_Robert_Backman.jpg
20111119_zaf_cb5_003_Robert_Backman.jpg
20111119_zaf_cb5_004_Robert_Backman.jpg
20111119_zaf_cb5_005_Robert_Backman.jpg
20111119_zaf_cb5_006_Robert_Backman.jpg
20111119_zaf_cb5_007_Robert_Backman.jpg
20111119_zaf_cb5_008_Robert_Backman.jpg
20111119_zaf_cb5_009_Robert_Backman.jpg
20111119_zaf_cb5_010_Robert_Backman.jpg
20111119_zaf_cb5_011_Robert_Backman.jpg
20111119_zaf_cb5_012_Robert_Backman.jpg
20111119_zaf_cb5_013_Robert_Backman.jpg
20111119_zaf_cb5_014_Robert_Backman.jpg
20111119_zaf_cb5_015_Robert_Backman.jpg
20111119_zaf_cb5_016_Robert_Backman.jpg
20111119_zaf_cb5_017_Robert_Backman.jpg
20111119_zaf_cb5_018_Robert_Backman.jpg
20111119_zaf_cb5_019_Robert_Backman.jpg
20111119_zaf_cb5_020_Robert_Backman.jpg
20111119_zaf_cb5_021_Robert_Backman.jpg
20111119_zaf_cb5_022_Robert_Backman.jpg
20111119_zaf_cb5_023_Robert_Backman.jpg
20111119_zaf_cb5_024_Robert_Backman.jpg
20111119_zaf_cb5_025_Robert_Backman.jpg
20111119_zaf_cb5_026_Robert_Backman.jpg
20111119_zaf_cb5_027_Robert_Backman.jpg
20111119_zaf_cb5_028_Robert_Backman.jpg
20111119_zaf_cb5_029_Robert_Backman.jpg
20111119_zaf_cb5_030_Robert_Backman.jpg
20111119_zaf_cb5_031_Robert_Backman.jpg
20111119_zaf_cb5_032_Robert_Backman.jpg
20111119_zaf_cb5_033_Robert_Backman.jpg
20111119_zaf_cb5_034_Robert_Backman.jpg
20111119_zaf_cb5_035_Robert_Backman.jpg
20111119_zaf_cb5_036_Robert_Backman.jpg
20111119_zaf_cb5_037_Robert_Backman.jpg
20111119_zaf_cb5_038_Robert_Backman.jpg
20111119_zaf_cb5_039_Robert_Backman.jpg
20111119_zaf_cb5_040_Robert_Backman.jpg; 11/19/2011

20111119_zaf_cb5_041_Robert_Backman.jpg
20111119_zaf_cb5_042_Robert_Backman.jpg
20111119_zaf_cb5_043_Robert_Backman.jpg
20111119_zaf_cb5_044_Robert_Backman.jpg
20111119_zaf_cb5_045_Robert_Backman.jpg
20111119_zaf_cb5_046_Robert_Backman.jpg
20111119_zaf_cb5_047_Robert_Backman.jpg
20111119_zaf_cb5_049_Robert_Backman.jpg

20111119_zaf_cb5_050_Robert_Backman.jpg
20111119_zaf_cb5_051_Robert_Backman.jpg
20111119_zaf_cb5_052_Robert_Backman.jpg
20111119_zaf_cb5_053_Robert_Backman.jpg
20111119_zaf_cb5_054_Robert_Backman.jpg
20111119_zaf_cb5_055_Robert_Backman.jpg
20111119_zaf_cb5_056_Robert_Backman.jpg; 11/19/2011

20111120_zaf_cb5_001_Robert_Backman.jpg
20111120_zaf_cb5_002_Robert_Backman.jpg
20111120_zaf_cb5_003_Robert_Backman.jpg
20111120_zaf_cb5_004_Robert_Backman.jpg
20111120_zaf_cb5_005_Robert_Backman.jpg
20111120_zaf_cb5_006_Robert_Backman.jpg
20111120_zaf_cb5_007_Robert_Backman.jpg; 11/20/2011

20111203_zaf_cb5_001_Robert_Backman.jpg
20111203_zaf_cb5_002_Robert_Backman.jpg
20111203_zaf_cb5_003_Robert_Backman.jpg
20111203_zaf_cb5_004_Robert_Backman.jpg
20111203_zaf_cb5_005_Robert_Backman.jpg
20111203_zaf_cb5_006_Robert_Backman.jpg
20111203_zaf_cb5_007_Robert_Backman.jpg
20111203_zaf_cb5_008_Robert_Backman.jpg
20111203_zaf_cb5_009_Robert_Backman.jpg
20111203_zaf_cb5_010_Robert_Backman.jpg
20111203_zaf_cb5_011_Robert_Backman.jpg
20111203_zaf_cb5_012_Robert_Backman.jpg
20111203_zaf_cb5_013_Robert_Backman.jpg
20111203_zaf_cb5_014_Robert_Backman.jpg
20111203_zaf_cb5_015_Robert_Backman.jpg
20111203_zaf_cb5_016_Robert_Backman.jpg
20111203_zaf_cb5_017_Robert_Backman.jpg
20111203_zaf_cb5_018_Robert_Backman.jpg
20111203_zaf_cb5_019_Robert_Backman.jpg
20111203_zaf_cb5_020_Robert_Backman.jpg
20111203_zaf_cb5_021_Robert_Backman.jpg
20111203_zaf_cb5_022_Robert_Backman.jpg
20111203_zaf_cb5_024_Robert_Backman.jpg
20111203_zaf_cb5_025_Robert_Backman.jpg
20111203_zaf_cb5_026_Robert_Backman.jpg
20111203_zaf_cb5_027_Robert_Backman.jpg
20111203_zaf_cb5_028_Robert_Backman.jpg
20111203_zaf_cb5_029_Robert_Backman.jpg
20111203_zaf_cb5_030_Robert_Backman.jpg
20111203_zaf_cb5_031_Robert_Backman.jpg
20111203_zaf_cb5_032_Robert_Backman.jpg
20111203_zaf_cb5_033_Robert_Backman.jpg
20111203_zaf_cb5_034_Robert_Backman.jpg
20111203_zaf_cb5_035_Robert_Backman.jpg
20111203_zaf_cb5_036_Robert_Backman.jpg
20111203_zaf_cb5_037_Robert_Backman.jpg
20111203_zaf_cb5_038_Robert_Backman.jpg
20111203_zaf_cb5_039_Robert_Backman.jpg
20111203_zaf_cb5_040_Robert_Backman.jpg; 11/12/03

20111203_zaf_cb5_041_Robert_Backman.jpg
20111203_zaf_cb5_042_Robert_Backman.jpg



20111203_zaf_cb5_043_Robert_Backman.jpg
20111203_zaf_cb5_044_Robert_Backman.jpg
20111203_zaf_cb5_045_Robert_Backman.jpg
20111203_zaf_cb5_046_Robert_Backman.jpg
20111203_zaf_cb5_047_Robert_Backman.jpg
20111203_zaf_cb5_048_Robert_Backman.jpg
20111203_zaf_cb5_049_Robert_Backman.jpg
20111203_zaf_cb5_050_Robert_Backman.jpg
20111203_zaf_cb5_051_Robert_Backman.jpg
20111203_zaf_cb5_052_Robert_Backman.jpg
20111203_zaf_cb5_053_Robert_Backman.jpg
20111203_zaf_cb5_054_Robert_Backman.jpg
20111203_zaf_cb5_055_Robert_Backman.jpg
20111203_zaf_cb5_056_Robert_Backman.jpg; 11/12/03

20111206_zaf_cb5_001_Robert_Backman.jpg
20111206_zaf_cb5_002_Robert_Backman.jpg
20111206_zaf_cb5_003_Robert_Backman.jpg
20111206_zaf_cb5_004_Robert_Backman.jpg
20111206_zaf_cb5_005_Robert_Backman.jpg
20111206_zaf_cb5_006_Robert_Backman.jpg
20111206_zaf_cb5_007_Robert_Backman.jpg
20111206_zaf_cb5_008_Robert_Backman.jpg
20111206_zaf_cb5_009_Robert_Backman.jpg
20111206_zaf_cb5_010_Robert_Backman.jpg
20111206_zaf_cb5_011_Robert_Backman.jpg
20111206_zaf_cb5_012_Robert_Backman.jpg
20111206_zaf_cb5_013_Robert_Backman.jpg
20111206_zaf_cb5_014_Robert_Backman.jpg
20111206_zaf_cb5_015_Robert_Backman.jpg
20111206_zaf_cb5_016_Robert_Backman.jpg
20111206_zaf_cb5_017_Robert_Backman.jpg
20111206_zaf_cb5_018_Robert_Backman.jpg
20111206_zaf_cb5_019_Robert_Backman.jpg
20111206_zaf_cb5_020_Robert_Backman.jpg
20111206_zaf_cb5_021_Robert_Backman.jpg
20111206_zaf_cb5_022_Robert_Backman.jpg
20111206_zaf_cb5_023_Robert_Backman.jpg
20111206_zaf_cb5_024_Robert_Backman.jpg
20111206_zaf_cb5_025_Robert_Backman.jpg
20111206_zaf_cb5_026_Robert_Backman.jpg
20111206_zaf_cb5_027_Robert_Backman.jpg
20111206_zaf_cb5_028_Robert_Backman.jpg
20111206_zaf_cb5_029_Robert_Backman.jpg
20111206_zaf_cb5_030_Robert_Backman.jpg
20111206_zaf_cb5_031_Robert_Backman.jpg
20111206_zaf_cb5_032_Robert_Backman.jpg
20111206_zaf_cb5_033_Robert_Backman.jpg
20111206_zaf_cb5_034_Robert_Backman.jpg
20111206_zaf_cb5_035_Robert_Backman.jpg
20111206_zaf_cb5_036_Robert_Backman.jpg
20111206_zaf_cb5_037_Robert_Backman.jpg
20111206_zaf_cb5_038_Robert_Backman.jpg
20111206_zaf_cb5_039_Robert_Backman.jpg
20111206_zaf_cb5_040_Robert_Backman.jpg; 12/06/2011

20111206_zaf_cb5_041_Robert_Backman.jpg
20111206_zaf_cb5_042_Robert_Backman.jpg

BACK002405

20111206_zaf_cb5_043_Robert_Backman.jpg
20111206_zaf_cb5_044_Robert_Backman.jpg
20111206_zaf_cb5_045_Robert_Backman.jpg
20111206_zaf_cb5_046_Robert_Backman.jpg
20111206_zaf_cb5_047_Robert_Backman.jpg
20111206_zaf_cb5_048_Robert_Backman.jpg
20111206_zaf_cb5_049_Robert_Backman.jpg
20111206_zaf_cb5_050_Robert_Backman.jpg; 12/06/2011

20111229_zaf_cb5_001_Robert_Backman.jpg
20111229_zaf_cb5_002_Robert_Backman.jpg
20111229_zaf_cb5_003_Robert_Backman.jpg
20111229_zaf_cb5_004_Robert_Backman.jpg
20111229_zaf_cb5_005_Robert_Backman.jpg
20111229_zaf_cb5_006_Robert_Backman.jpg
20111229_zaf_cb5_007_Robert_Backman.jpg
20111229_zaf_cb5_008_Robert_Backman.jpg
20111229_zaf_cb5_009_Robert_Backman.jpg
20111229_zaf_cb5_010_Robert_Backman.jpg
20111229_zaf_cb5_011_Robert_Backman.jpg
20111229_zaf_cb5_012_Robert_Backman.jpg
20111229_zaf_cb5_013_Robert_Backman.jpg
20111229_zaf_cb5_014_Robert_Backman.jpg
20111229_zaf_cb5_015_Robert_Backman.jpg
20111229_zaf_cb5_016_Robert_Backman.jpg
20111229_zaf_cb5_017_Robert_Backman.jpg
20111229_zaf_cb5_018_Robert_Backman.jpg
20111229_zaf_cb5_019_Robert_Backman.jpg
20111229_zaf_cb5_020_Robert_Backman.jpg
20111229_zaf_cb5_021_Robert_Backman.jpg
20111229_zaf_cb5_022_Robert_Backman.jpg
20111229_zaf_cb5_023_Robert_Backman.jpg
20111229_zaf_cb5_024_Robert_Backman.jpg
20111229_zaf_cb5_025_Robert_Backman.jpg
20111229_zaf_cb5_026_Robert_Backman.jpg
20111229_zaf_cb5_027_Robert_Backman.jpg
20111229_zaf_cb5_028_Robert_Backman.jpg
20111229_zaf_cb5_029_Robert_Backman.jpg
20111229_zaf_cb5_030_Robert_Backman.jpg
20111229_zaf_cb5_031_Robert_Backman.jpg
20111229_zaf_cb5_032_Robert_Backman.jpg
20111229_zaf_cb5_033_Robert_Backman.jpg
20111229_zaf_cb5_034_Robert_Backman.jpg
20111229_zaf_cb5_035_Robert_Backman.jpg
20111229_zaf_cb5_036_Robert_Backman.jpg
20111229_zaf_cb5_037_Robert_Backman.jpg
20111229_zaf_cb5_038_Robert_Backman.jpg
20111229_zaf_cb5_039_Robert_Backman.jpg
20111229_zaf_cb5_040_Robert_Backman.jpg; 1229/2011

20111229_zaf_cb5_041_Robert_Backman.jpg
20111229_zaf_cb5_042_Robert_Backman.jpg
20111229_zaf_cb5_043_Robert_Backman.jpg
20111229_zaf_cb5_044_Robert_Backman.jpg
20111229_zaf_cb5_045_Robert_Backman.jpg
20111229_zaf_cb5_046_Robert_Backman.jpg
20111229_zaf_cb5_047_Robert_Backman.jpg
20111229_zaf_cb5_048_Robert_Backman.jpg



BACK002406

20111229_zaf_cb5_049_Robert_Backman.jpg
20111229_zaf_cb5_050_Robert_Backman.jpg
20111229_zaf_cb5_051_Robert_Backman.jpg
20111229_zaf_cb5_052_Robert_Backman.jpg
20111229_zaf_cb5_053_Robert_Backman.jpg
20111229_zaf_cb5_054_Robert_Backman.jpg
20111229_zaf_cb5_055_Robert_Backman.jpg
20111229_zaf_cb5_056_Robert_Backman.jpg
20111229_zaf_cb5_057_Robert_Backman.jpg
20111229_zaf_cb5_058_Robert_Backman.jpg
20111229_zaf_cb5_059_Robert_Backman.jpg
20111229_zaf_cb5_060_Robert_Backman.jpg
20111229_zaf_cb5_061_Robert_Backman.jpg
20111229_zaf_cb5_062_Robert_Backman.jpg
20111229_zaf_cb5_063_Robert_Backman.jpg
20111229_zaf_cb5_064_Robert_Backman.jpg; 12/29/2011

20111230_zaf_cb5_001_Robert_Backman.jpg
20111230_zaf_cb5_002_Robert_Backman.jpg
20111230_zaf_cb5_003_Robert_Backman.jpg
20111230_zaf_cb5_004_Robert_Backman.jpg
20111230_zaf_cb5_005_Robert_Backman.jpg
20111230_zaf_cb5_006_Robert_Backman.jpg
20111230_zaf_cb5_007_Robert_Backman.jpg
20111230_zaf_cb5_008_Robert_Backman.jpg
20111230_zaf_cb5_009_Robert_Backman.jpg
20111230_zaf_cb5_010_Robert_Backman.jpg
20111230_zaf_cb5_011_Robert_Backman.jpg
20111230_zaf_cb5_012_Robert_Backman.jpg
20111230_zaf_cb5_013_Robert_Backman.jpg
20111230_zaf_cb5_014_Robert_Backman.jpg
20111230_zaf_cb5_015_Robert_Backman.jpg
20111230_zaf_cb5_016_Robert_Backman.jpg
20111230_zaf_cb5_017_Robert_Backman.jpg
20111230_zaf_cb5_018_Robert_Backman.jpg; 12/30/2011

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: July 03, 2011
Nation of 1st Publication: United States

## Author

- Author: Robert Backman
  Author Created: photograph
  Work made for hire: No
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Robert Backman
16315 Bridgecrossing Drive, Lithia, FL, 33547, United States

## Certification

**Name:** Richard Liebowitz
**Date:** November 14, 2016



BACK002408

Registration #:  VA0002022536
Service Request #:  1-4148241638

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

BACK002409


