# EXHIBIT Q

# EXCEL SPREADSHEET TO BE SUBMITTED ON CD